UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMARA K. BAUGHN; LLOYD D. MORAN (aka Chip), husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. BODENMAN and JANE DOE BODENMAN, husband and wife; PATRICK WOODS and JANE DOE WOODS, husband and wife; TRACY SMITH and MARGIE SMITH, husband and wife; LEONARD BREUER and JANE DOE BREUER, husband and wife; JEFF MOE and JANE DOE MOE, husband and wife; DIVERSIFIED PROPERTIES, INC., a Washington Corporation; THE DIAMOND PILLAR GROUP, INC., a Nevada Corporation licensed to do business in Idaho and also d.b.a. CHOICES; and ELECTRONIC SERVICE PROVIDER USA, INC., aka E.S.P., a Washington Corporation,<br><br>    Defendants. | NO. CV-08-167-RHW<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST PATRICK WOODS AND PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS BY DEFAULT JUDGMENT AGAINST PATRICK WOODS** |

Before the Court are Plaintiffs' Motion for Default Judgment against Patrick Woods (Ct. Rec. 3) and Plaintiffs' Motion for Attorney Fees and Costs by Default Judgment against Patrick Woods (Ct. Rec. 5). These motions were heard without oral argument.

**ORDER DENYING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST PATRICK WOODS AND PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS BY DEFAULT JUDGMENT AGAINST PATRICK WOODS ~ 1**

Case 2:08-cv-00167-RHW    Document 15    Filed 11/03/08

Plaintiffs seek to have the Court enter default judgment against Defendant Patrick Woods, and to recover attorney fees and costs by default judgment. Plaintiffs argue that they are entitled to default judgment under Rule 55 of the Federal Rules of Civil Procedure (FRCP) because the Defendant has failed to "plead or otherwise defend" Plaintiffs' claims for affirmative relief against him. Plaintiffs filed their initial complaint on May 23, 2008.

Since the filing of the instant motion, Defendant Patrick Woods filed a notice of appearance on September 19, 2008. In his Notice of Appearance Defendant Woods asserted that he would like to have his case presented before the Judge because some information in the Complaint is misleading and untrue (Ct. Rec. 7), which the Court construes liberally as an answer. Plaintiffs filed an Amended Complaint on September 24, 2008, and many of the Defendants waived service. *See* Fed. R. Civ. P. 4(d)(3)(providing that a defendant who, before being served with process, timely returns a waiver need not serve an answer to the complaint until 60 days after the request was sent). Additionally, on October 28, 2008, counsel for all named Defendants in the case filed a notice of appearance (Ct. Rec. 14).

Rule 55 provides for the entry of default with regard to a claim for affirmative relief against a party who has failed to plead or otherwise defend as provided by the FRCP. A district court's decision whether to enter a default judgment is a discretionary one. *Aldabe v. Aldabe*, 616 F.2d 1089, 1092 (9th Cir. 1980) (citations omitted). Default judgments are ordinarily disfavored and cases should be decided upon their merits whenever reasonably possible. *Eitel v. McCool*, 782 F. 2d 1470, 1472 (9th Cir. 1986).

The Court declines to exercise its discretion to enter default judgment at this stage of the proceedings.

///

**ORDER DENYING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST PATRICK WOODS AND PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS BY DEFAULT JUDGMENT AGAINST PATRICK WOODS ~ 2**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Enter Default Judgment against Patrick Woods (Ct. Rec. 3) is **DENIED**.

2. Plaintiffs' Motion for Attorney Fees and Costs by Default Judgment against Patrick Woods (Ct. Rec. 5) is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 3rd day of November, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2008\Baughn\default.order.wpd

**ORDER DENYING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST PATRICK WOODS AND PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS BY DEFAULT JUDGMENT AGAINST PATRICK WOODS ~ 3**